

**ORDERED in the Southern District of Florida on March 8, 2021.**

_____
**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                    CASE NO. 17-20562-BKR-LMI – Lead Case
                                                          Chapter 7

BCFG Investors Group, LLC,

     Debtor.
_____/

SONEET KAPILA, Chapter 7 Trustee

     Plaintiff,                                             Adv. No. 19-01335-LMI

v.

ALEJANDRO CHABERMAN,

     Defendant.
_____/

**AGREED ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF**
**ADVERSARY PROCEEDING WITH PREJUDICE**

This matter comes before the Court pursuant to the parties' Joint Stipulation for Dismissal

of Adversary Proceeding with Prejudice [ECF No. 18].  Based upon a review of the stipulation,

and noting the agreement of the parties, it is-

1

16013668v1

2

**ORDERED** as follows:

1.  This adversary proceeding is dismissed with prejudice with the parties to bear their own

    fees and costs.

2.   The Clerk of Court is directed to administratively close this action.

3.  The Court retains exclusive jurisdiction to enforce the terms of the parties' settlement

    agreement.

###

Submitted by:

Jonathan Feldman, Esq.
Florida Bar No. 12682
Katie S. Phang, P.A.
9699 N.E. 2nd Avenue
Miami, Florida 33138
*feldman@katiephang.com*
(Attorney Feldman is directed to serve a copy of this Order on all interested parties and file a
certificate of service).

16013668v1